IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KARI SPELLMAN,                                         CV. 10-3074

        Plaintiff,                                ORDER OF DISMISSAL

  v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

        Defendant.

Plaintiff's unopposed Motion (#6) to Dismiss, due to the death of the plaintiff, is GRANTED. This action is DISMISSED.

IT IS SO ORDERED.

DATED this 14 day of December, 2010.

                                  /s/  Malcolm F. Marsh
                                   Malcolm F. Marsh
                                   United States District Judge

1 - ORDER OF DISMISSAL